IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ELIZABETH M. SERNA,

    Plaintiff,

  v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Civil Action No.: 2:21-cv-09462-MAR
Magistrate Judge Margo A. Rocconi

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

    Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $4,000.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: January 23, 2023

_____
Hon. Margo A. Rocconi
United States Magistrate Judge